# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                    )
    Plaintiff                   )     CRIMINAL NO. _08 CR 2908 - JLS_
                                    )
                                    )          ORDER
  vs.                             )
                                    )     RELEASING MATERIAL WITNESS
Linda Vasquez, et. al               )
                                    )
    Defendant(s)                )     Booking No.
_____ )

On order of the United States ~~District~~/Magistrate Judge,  **RUBEN D. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court).)

Mat. wit : DA, M.C. (juvenile)

DATED: _Aug. 28, 2008_

**RUBEN D. BROOKS**
_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

**RECEIVED** _____          OR
        **DUSM**

W. SAMUEL HAMRICK, JR.   Clerk

**by**  _____
      Deputy Clerk  B. Baya

☆ U.S. GPO: 2003-581-774/70082