```
                                                    FILED

                                                 AUG 2 8 2008

                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDA VASQUEZ (1),<br>ARISBEL ANTABLI (2),<br>  aka Arisbel Rodriguez,<br><br>    Defendant. | Criminal Case No. 08CR2908-JLS<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about August 12, 2008, within the Southern District of California, defendants LINDA VASQUEZ and ARISBEL ANTABLI aka Arisbel Rodriguez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, D.A.M.C., a male juvenile, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 8/28/08.

                                      KAREN P. HEWITT
                                      United States Attorney

                                      */s/ Shirleen M. Becker for*

                                      FRED SHEPPARD
                                      Assistant U.S. Attorney

FAS:psd:San Diego
8/15/08